IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 08 43 S |
| | ) | Cr. No. |
| vs. | ) | In violation of 18 U.S.C. |
| | ) | §§ 841(a)(1),(a)(2),(b)(1)(C) |
| | ) | and 18 U.S.C. §§ 922(g)(1),(k), |
| | ) | and 924(a)(2) and (a)(1)(B) |
| | ) | |
| SCOTT PETERSON | ) | |

FILED
MAY 07 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury charges that:

COUNT I

On or about February 13, 2008, in the District of Rhode Island, the defendant, SCOTT PETERSON, did knowingly and intentionally possess with intent to distribute and distribute, a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance,

All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

COUNT II

On or about February 21, 2008, in the District of Rhode Island, the defendant, SCOTT PETERSON, did knowingly and intentionally possess with intent to distribute and distribute, a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance,

All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

COUNT III

On or about February 29, 2008, in the District of Rhode Island, the defendant, SCOTT PETERSON, did knowingly and intentionally possess with intent to distribute and distribute, a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance,

All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

COUNT IV

On or about February 29, 2008, in the District of Rhode Island, the defendant, SCOTT PETERSON, did knowingly and intentionally possess with intent to distribute, a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance,

All in violation of 21 U.S.C. §§ 841(a)(2) and (b)(1)(C).

COUNT V

On or about February 21, 2008, in the District of Rhode Island, the defendant, SCOTT PETERSON, who was previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess a firearm, that is, a Raven Arms .25 caliber pistol, Model P-25, with no visible serial number, in and affecting interstate and foreign commerce,

All in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

COUNT VI

On or about February 21, 2008, in the District of Rhode Island, the defendant, SCOTT PETERSON, did knowingly and intentionally possess a firearm, that is, a Raven Arms, Model P-25, .25 caliber pistol, which had its serial number removed, obliterated and altered, and which firearm had been shipped and transported in interstates commerce,

All in violation of 18 U.S.C. §§ 922(k) and 924(a)(1)(B).

FORFEITURE ALLEGATION

Upon conviction of the offenses alleged in Counts V and VI of this Indictment, the defendant, SCOTT PETERSON, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm identified in Counts V and VI of the Indictment.

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

RICHARD W. ROSE
Assistant U.S. Attorney

LUIS M. MATOS
First Assistant U.S. Attorney

Date: 5/7/08