AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA
v.
Scott Peterson

APPEARANCE

CASE NUMBER: CR 08-435

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Scott Peterson

I certify that I am admitted to practice in this court.

5/12/08
*Date*

[signature]
*Signature*

Al Medici 4584
*Print Name* *Bar Number*

1312 Atwood Ave
*Address*

Johnston RI 02919
*City* *State* *Zip Code*

401.946.3910 401.942.4918
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.