AO 442 (Rev. 08/07) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
MAY 07 2008
District of Rhode Island

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

SCOTT PETERSON

**WARRANT FOR ARREST**

Case Number: CR08-43S

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest SCOTT PETERSON
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

- [x] Indictment
- [ ] Information
- [ ] Complaint
- [ ] Order of court
- [ ] Pretrial Release Violation Petition
- [ ] Probation Violation Petition
- [ ] Supervised Release Violation
- [ ] Violation Notice

charging him or her with (brief description of offense)
DISTRIBUTION OF COCAINE; FELON IN POSSESSION; POSSESSION OF A FIREARM WITH AN OBLITERATED SERIAL NUMBER

- [x] in violation of Title 21 United States Code, Section(s) 841(a)(1)&(b)(1)(C); 18:922(g)(1) & 924(a)(2)
- [ ] in violation of the conditions of his or her pretrial release imposed by the court.
- [ ] in violation of the conditions of his or her supervision imposed by the court.

| | |
|---|---|
| JEANNINE NOEL | J. Noel |
| Name of Issuing Officer | Signature of Issuing Officer |
| DEPUTY CLERK | 05/07/2008 PROVIDENCE, RI |
| Title of Issuing Officer | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at ACI on writ, returned to ACI

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 05/07/2008 | CJ Wyant SDUSM | Chad Wyant |
| DATE OF ARREST 05/12/2008 | | |