***UNITED STATES DISTRICT COURT***
***for the***
***District of Rhode Island***

RECEIVED
U.S. MARSHALS SERVICE
Case No. CR08-43S
MAY 07 2008
District of Rhode Island

***To: WARDEN***
***ACI***
***CRANSTON, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **SCOTT PETERSON**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **David L. Martin**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **2:00 o'clock p.m.**, on the **12th** day of **May, 2008**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that I did bring before the court the within named defendant, on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **David L. Martin**

United States Magistrate Judge at Providence, RI
Dated: May 7, 2008.

David A. DiMarzio, Clerk

**PRETRIAL INTERVIEW IN THE MORNING AND ARRAIGNMENT**

*by ___/s/ Jeannine Noel_____________*
***Jeannine Noel - Deputy Clerk***