**DISTRICT JUDGE WILLIAM E. SMITH**
**U.S. District Court for the District of Rhode Island**
**July 22, 2008 Calendar Call**

**CRIMINAL CASES**

CR07-106-01S-LDA USA v. Jesus Gonzalez
Conspiracy with intent to Distribute Cocaine
CR07-109-01S-DLM USA v. Jonathan Campbell
Felon in Possession of a Firearm
CR08-22-01S-DLM USA v. Jameel Gibbons
Assault on an Employee of the United States
CR08-26-01S-DLM USA v. William Cruz
Felon in Possession of a Firearm
CR08-27-01S USA v. Scott M. Brown
Bank Robbery
CR08-28-01S USA v. Juan Quezada-Ortega
Illegal Re-Entry
CR08-35-01S-DLM USA v. Elvis Fortes
Possession with Intent to Distribute Cocaine
CR08-43-01S-DLM USA v. Scott Peterson
Possession with Intent to Distribute Cocaine

**CIVIL CASES**

CA07-256S-DLM David M. Ciampi v. Etsuko Motookizuezek, et al
Civil Rights

**NOTICE**

You are hereby notified that the above-captioned cases are on the trial calendar commencing on August 5, 2008 to be tried in the order listed. The calendar will be called on **July 22, 2008** at 9:00 a.m. Juries will be empaneled on August 5, 2008 at 9:30 a.m.

Every effort will be made to provide a date certain for trial at the calendar call; however, dates may change due to settlements or other circumstances. Counsel should be prepared to discuss all scheduling issues at the Calendar Call.

Following Calendar Call a final Pretrial Conference will be held in all cases. The date for the final Pretrial Conference will be set at the Calendar Call, if not before.

Lead trial counsel must attend the Calendar Call unless specifically excused from attendance by the Court.

/s/Judge William E. Smith
William E. Smith
U.S. District Judge
Date: July 2, 2008

**Please notify Clerk's Office if any counsel of record have not been notified.**